# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF OHIO
### EASTERN DIVISION

RECEIVED

SEP 07 2021

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Sai-E Johari,
      Plaintiff,

v

City of Columbus, et al.,
Mayor Andrew Ginther,
        Defendant.

:
:
:
:
:
:
:
:

2  2 1 C V 4 3 6 2

Case Number _____

Judge         Judge Sargus

Magistrate MAGISTRATE JUDGE VASCURA

# COMPLAINT

1. Now comes plaintiff with this multi-jurisdictional suit.   2. Because the plaintiff is proceeding *pro se* and has not been to law school, he does not know the routine day to day functions of being a lawyer.   3. Consequently, this pleading contains procedural errors.   4. Therefore, in the interests of justice. the Sovereign Inspectors are asked to liberally construe and give plaintiff his day in court.   5. And so, in a short and plain, clear and concise manner, demonstrating that he is entitled to relief, plaintiff asserts that he has personally suffered harm.   6. The injuries plaintiff suffered are a direct and proximate result of the defendant's egregious misconduct.   7. When the defendants engaged in their arbitrary & capricious misconduct, they either knew or should have known their actions violated clearly established law.   8. Yet, with deliberate indifference the defendants engaged in their misconduct anyway.   9. Consequently, a legal dispute now exits.

1

## JURISDICTION

The court has jurisdiction under Title 42 USC Section 1331 and/or Title 42 USC Section 1343.

## FEDERAL QUESTION JURISDICTION

The Court's federal question jurisdiction is invoked under well settled law that prohibits:

1. Causing Pain & Suffering
2. Failing to Perform a Required Duty
3. Intentional Infliction of Emotional Distress
4. Violation of Condoned Custom Theory
5. Violation of Continuing Violation Theory
6. Violation of Title 42 USC Section 1981
7. Violation of Title 42 USC Section 1985 (1) and (2)
8. Denial of a Citizen's 1st Amendment Right to Liberty
9. Denial of a Citizen's 4th Amendment Right to Privacy
10. Denial of a Citizen's 14th Amendment Right to Equal Protection
11. Denial of a Citizen's 14th Amendment Right to Equal Treatment

and all other applicable laws, ordinances and statutes of the United States.

## SUBJECT MATTER JURISDICTION

The court has SMJ under authority of the U.S. Constitution so it can rule on the facts of this case.

## PERSONAL JURISDICTION

1. All defendants reside in Columbus, Ohio.  2. Plaintiff is seeking redress for unlawful behavior that occurred in Ohio.  3. The defendants acted in such a cold, callous and calculating manner to a point where, they put themselves at risk of being sued.  4. As verified by video, text messages, DNA evidence, and other written communiques, even after being put on notice they could be sued for violating plaintiff's rights the defendants stated that they would continue to engage in their unlawful behavior.  5. Thus, plaintiff has met his burden of demonstrating the who, what, where, when, how, and why this court has personal jurisdiction over the defendants, and thus may entertain plaintiff's federal law claims.  6. Under authority of the relevant articles of the Ohio Constitution, and under authority of all other housing laws, statutes, and ordinances, this court can also discharge its power and rule on plaintiff's pendant State law claims.

2

## VENUE

1. All defendants reside in the State of Ohio.   2. At least one defendant lives in Franklin County.

3. All of the unlawful conduct occurred in Ohio.   4. Therefore, pursuant to the U.S. Constitution, the Ohio Constitution, and all other applicable laws, venue has properly been established.

## THE PARTIES

Plaintiff:
Sai-E  Johari  409 ½  Saint Clair Avenue  Columbus, Ohio 43207

Defendant:
Mayor Andrew Ginther  (City Hall)  90 West Broad Street  Columbus, Ohio 43215

## DEFENDANT MAYOR ANDREW GINTHER

1. Defendant Andrew Ginther (hereafter defendant Mayor Ginther) is the Mayor of Columbus.

2. Defendant Mayor Ginther is being sued in his official and individual capacity because, as Mayor, defendant Mayor Ginther is the superior officer of Columbus. 3. Because defendant Mayor Ginther is the ultimate voice concerning what is, and what isn't going to be an official rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther may be held liable for his personal involvement and/or his acquiescence to wrong brought to his attention. 4. Specifically, defendant Mayor Ginther (like many other Democrats) aids & abets illegal immigration. 5. Thus, contrary to the law Defendant Mayor Ginther aids & abets illegals relocating to Columbus infected with life threatening diseases like tuberculosis and COVID-19.

6. In turn, Defendant Ginther aids & abets diseased illegals elude being detected. 7. Defendant Mayor Ginther also aids & abets lawfully deported illegals so they can illegally re-enter the U.S.

8. Defendant Mayor Ginther assisted in Columbus being turned into a safe haven Sanctuary City.

9. Defendant Mayor Ginther has caused plaintiff (and other citizens who reside in Columbus) to be subjected to crime perpetrated by illegal aliens. 10. Defendant Mayor Ginther's conduct has caused plaintiff (and other citizens residing in Columbus) to be denied employment in favor of an illegal. 11. Defendant Mayor Ginther has caused plaintiff (and many other citizens) being delayed and/or denied HUD housing due to a quota system being put in place, that reserves HUD housing for a cheaper workforce of illegal aliens. 12. By aiding & abetting illegal immigration defendant Mayor Ginther's actions has caused excessive wear and tear on the infrastructure, that has deteriorated in the inner-city so bad, plaintiff (and all other citizens) are forced to dole out buckets of duckets to pay for expensive auto repairs---i.e. like citizens having to buy a new muffler because, the perfectly fine old one was knocked off by a sudden, unforeseen pothole.

4

## IMMUNITY

1. No defendant is a State or Federal official.   2. No defendant is a State or Federal Sovereign.

3. No defendant is a State or Federal prosecutor, so no defendant is immune from prosecution.

## STATUTE OF LIMITATIONS

1. Plaintiff brings this action 5 months after the occurrence of the complained of misconduct.

2. Thus, this suit is timely and well within the 2 year civil rights statute of limitations.

## VERIFICATION

1. From firsthand, personal knowledge, plaintiff has standing to bring suit.   2. Plaintiff further

declares under penalty of perjury that all of the foregoing is true and correct.

Respectfully submitted,

S/I  Sai-E  Johari  360 *
409 ½  Saint Clair Avenue
Columbus, Ohio 43203
TrueLightWarrior@yahoo.com

# STATEMENT OF THE FACTS

*Paragraph One*

1. Misled by Los Angeles, California Mayor Eric Garcetti, New York Mayor Andrew Cuomo, and other Democrat Mayors in cities like Detroit, Chicago, Oakland, San Francisco and etc., defendant Mayor Ginther enacted an illegal immigration policy that discriminates against plaintiff, and all other citizens residing in Columbus.   2. To illustrate, the court is asked to note that the Founding Bigots established what came to be known to darker persuasions of people as AmeriKKK---a racist, terrorist, criminal enterprise for the benefit of R1b tyrosine(-) U5 & H dna white Caucasians only.   3. Thus, for 246 years there was an all-white affirmative action program in place, that only allowed whites to get a job, own a house or establish a business.   4. Enslaved Black Americans then passed down to their descendants that, the entity AmeriKKK was led by a one Gorgeous George Washington---i.e. the number one sex trafficker of S.W. (Akintay) L2 dna Kongo Kameroon Black women.   5. In 1861 President Jefferson Davis, General Robert E. Lee, General P.T. Beauregard, special agent John Wilkes Booth, and the Southern Confederate Democrat Party were led by the 2 most powerful, racist, richest Jews Senators Judah P. Benjamin and David Yulee.   6. Because Benjamin was a Columbian Mason aligned with the Grand PooPah Albert Pike, there's a statute of Benjamin outside of the Capital building in Washington D.C. 7. The philosophy of the Southern Confederate Democrat Party called for them to continue enslaving Black Americans & forcing S.W. (Akintay) L2 dna Kongo Kameroon Black women into sex-trafficking, being sex-slaves, and having unclaimed rape babies like Frederick Douglas, Bob Marley, and the mother of the Honorable Malcolm X.   8. The Confederate Democrats were opposed by the Northern Union Republicans led by Abraham Lincoln, General Ulysses S. Grant, Lancaster, Ohio General William T. Sherman, and the majority of the good Jews---headed by the

6

fine Jewish Senator from Michigan Jacob Merritt Howard---who wrote the 13th Amendment (outlawing slavery) and the 14th Amendment, which made all newly freed Black Americans (and children born in America) citizens. 9. After espousing all of the above, the fine Jewish Senator Jacob Merritt Howard went on to say "but of course" the 14th Amendment does not apply to (legal or illegal) aliens (like Mexicans) and their kids who might be born in America. 10. The impasse led to the ballot or the bullet. 11. The Southern Confederate Democrats didn't want to accept the ballot, so they caught the bullet. 12. Ameri-KKK then started heading down the right path to becoming our beloved America. 13. To ensure the Emancipation Proclamation, the 13th Amendment, the 14th Amendment, and Article 1 Section 8 Clause 4 of the United States Constitution would be obeyed, President Lincoln enacted fourteen (14) illegal immigration laws. 14. As the Court knows, those 14 illegal immigration laws are:

1. 8 USC Section 1321 (No illegal landing)
2. 8 USC Section 1322 (No aiding unhealthy illegals)
3. 8 USC Section 1323 (No illegal bringing)
4. 8 USC Section 1324 (No hiring or harboring illegals)
5. 8 USC Section 1325 (It's a crime to enter US illegally)
6. 8 USC Section 1326 (No unlawful re-entry)
7. 8 USC Section 1327 (10 years for aiding & abetting illegals)
8. 8 USC Section 1328 (No illegal prostitutes)
9. 8 USC Section 1329 (No aiding unhealthy illegals elude)
10. 8 USC Section 1357 (ICE can arrest illegals anywhere)
11. 8 USC Section 1363 (ICE can go undercover to arrest illegals)
12. 8 USC Section 1373 (No sanctuary cities, counties or states)
13. 8 USC Section 1251 (All illegals must be deported)
14. 8 USC Section 1481 (Pledge to aid foreign government lose citizenship)

15. In defiance of our righteous laws, Democrat Mayor Eric Garcetti of Los Angeles, California brought an illegal immigrant family from Mexico to his inauguration. 16. On city-wide T.V. L.A. Mayor Eric Garcetti then had the daughter of the illegal immigrants hold the Bible, while L.A. Mayor Eric Garcetti swore (per his entrails) that he would uphold, protect, and defend the Constitution of the United States, the Constitution of the California Republic, and would enforce all of the righteous laws of Abraham Lincoln. 17. Despite swearing under oath he would obey the law L.A. Mayor Eric Garcetti did the exact opposite. 18. Garcetti knowingly, purposefully, willfully, and intentionally violated all 14 of our illegal immigration laws. 19. As a direct and proximate a result of the actions of L.A. Mayor Garcetti, and N.Y. Mayor Andrew Cuomo, it has resulted in other Democrat Mayors (including defendant Mayor Andrew Ginther) deciding to violate the law. 20. Accordingly, plaintiff, and all other citizens residing in Columbus are now subjected to unfair job competition. 21. Plaintiff has also been denied due process, and equal protection, every time an illegal is hired & harbored and given a job and/or HUD housing over plaintiff. 22. By Defendant Mayor Ginther unlawfully harboring illegals, it has resulted in plaintiff and other citizens being subjected to crime. 23. Defendant Mayor Ginther's illegal conduct also enabled an illegal Mexican named Anthony Lopez Perez to relocate from Ohio to California, where he kidnapped, raped, robbed, and murdered a 21 year old single white female named Cory Desmond. 24. Defendant Mayor Ginther's violation of the law enabled an illegal Mexican named Pedro Espinoza to relocate from Ohio to California, whereupon he killed a Black American male named Jamil Shaw. 25. Defendant Mayor Ginther enabled another illegal Mexican named Christian Echoa to relocate to Ohio---after serving 5 years in a Texas prison for burglary---whereupon Echoa migrated to Brooklyn Iowa, where he kidnapped, raped, robbed, and murdered a 20 year old single white female named Molly Tibbetts. 26. By Defendant

8

Mayor Ginther allowing unhealthy illegals to come to Columbus, plaintiff and all other citizens are being put at risk of contracting life-threatening diseases like tuberculosis, and the even worse (Delta variant) strain of COVID-19. 27. Additionally, Mexican Drug Lords like El Chapo have confessed to sending moles, plants, spies & agent provocateurs to thoroughly infiltrate all U.S. law enforcement, and security agencies. 28. After thoroughly infiltrating law enforcement and security agencies (even the military), these criminals with a badge then use government powers for purposes of oppression against American citizens.

*Paragraph Two*

1. Plaintiff re-alleges all of the averments in Paragraphs 1 and incorporates them by reference as if fully re-stated herein. 2. Defendant Mayor Ginther has another discriminatory policy that allows plaintiff to be denied his liberty, privacy & rights of equal treatment. 3. Specifically, the law of the land states that all cigarette smokers must go outside, and go at least 20 feet from any entrance or exit to smoke their dope. 4. There is no provision that in the event of inclimate weather, dummy stick smokers can congregate directly infront of any entrance or exit to smoke. 5. Because the Surgeon General, the CDC, and the entire medical profession has posted pure objective, mathematical, factual & actual, peer reviewed abstracts, papers, affidavits, brochures, booklets, pamphlets, scientific journals, laboratory studies, scholarly reports and etc., certifying that just one whiff of secondhand cigarette smoke is so lethal, it has been known to cause an infant to go into cardiac arrest (and die from SIDS), the majority of We the People got together, and agreed that anything that kills 45,000 citizens every year has no place in a civilized society. 6. Yet, all of the anti-smoking signs, and all of the anti-smoking T.V. commercials still have not persuaded cigarette smokers to accord non-cigarette smokers their rights. 7. Therefore, a broad coalition of concerned citizens got together and decided that it would be in everyone's best

interests to ban cigarette smoking everywhere in public---i.e. downtown, at the bus stop, at the beach, outdoor gatherings, sporting events, rallies, etc.   8. Because of the valid health concerns, all Courts that have dealt with the issue agreed it is Unconstitutional to force a citizen to do any drug against their will---including all college Fraternities who were enjoined from requiring a candidate to smoke cigarettes against their will, as a condition to being accepted into the Frat. 9. Courts have also ruled an Employer doesn't have to hire cigarette smokers.   10. Because of valid economic concerns, Courts have ruled that Employers can terminate cigarette smokers who promise to only smoke off the clock.   11. The Office of Veterans Affairs even joined the cause, and has banned cigarette smoking anywhere on V.A. property.   12. Due to residents having to share the same airspace, Courts have ruled that Convalescence Centers, Senior Citizen Centers, and Homeless Shelters are obligated to ensure that no smoking occurs anywhere on the premises. 13.Per the OSHA, Courts have even ruled partyers can't smoke cigarettes in a private social club. 14. Likewise, in the event a landlord decides to convert a single housing complex into 2 or more units, the landlord is obligated to make sure that the units are completely sealed off from each other, and do not share the same airspace.   15. To get intune with the times, regardless of the unlawful conduct of L.A. Mayor Eric Garcetti and N.Y. Mayor Andrew Cuomo----Beverly Hills, San Francisco, and other Cities have banned vaping, smoking cigarettes or smoking weed or any-thing else in public.   16. After consulting health organizations, President Biden too has agreed to issue an Executive Order banning the sale, and the use of sweetened, menthol flavored cigarettes. 17. But defendant Mayor Ginther refuses to comply with the righteous agenda that his own Democrat party has agreed to adhere to.   18. Thus, defendant Mayor Ginther refuses to strike a balance between the smoking rights of his former (fellow) Democrat President Barack Obama (and the 21% immoral minority), who want to be argumentative, combative, and rebellious, and

deny the expertise of the entire medical profession, and go on and shoot their lungs up with a cocktail of rat poison and 50 other CANCER CAUSING chemicals, and encourage other misguided youths (with no direction, leadership, vision or guidance) to go on and shoot their lungs up too with a cocktail of rat poison and 50 other CANCER CAUSING chemicals vs the rights of Republican President Donald Trump (and the 79% majority) who do not want to be forced to secondhand smoke rat poison and 50 other CANCER CAUSING chemicals that cause the highest rates of heart and lung disease. 19. Even though defendant Mayor Ginther took an oath to provide a safe, secure, clean & smoke free environment throughout the entire City, that's to be enjoyed by all citizens (not just cigarette smokers), defendant Mayor Ginther still allows cigarette smokers to force plaintiff (and all other citizens) to secondhand smoke cigarette smoke, that contains a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 20. Thus, when plaintiff is waiting at the bus stop or attempts to go in or out of a Convenient Store or tries to go in and out of a Super Market or the Library, a City Park, the Police Department or even the Courthouse, cigarette smokers will be there forcing plaintiff to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 21. Per pure objective, mathematical, factual & actual, peer reviewed scientific data, everytime plaintiff is forced to inhale secondhand cigarette smoke, it immediately constricts and hardens plaintiff's veins & arteries. 22. Scientific data also says when plaintiff, the elderly, and kids with underdeveloped immune systems have their veins & arteries constricted, it inhibits proper blood flow to the brain, which inhibits the proper production of acetylcholine (A.C.T.), which means no bands of electricity can synapse through the fluid, and take efferent & afferent neuron messages to and from the brain, which causes the messages to backlog up inside a nerve ending until it ruptures, due to the excessive depositing of messaging, which will causes a person to suffer from 1 of the 10 negative effects

of being forced to secondhand smoke cigarettes---i.e. plaintiff will develop a form of autism, dyslexia, ADH, ADHA, emphysema, bronchitis, asthma, black lung, SIDS and/or cerebral palsy. 23. Pure objective, mathematical, factual & actual, peer reviewed science also says, secondhand smoking the Polonium 210 in cigarettes, which is the most toxic and radio-active form of lead poisoning, will cause plaintiff and all other humans to develop lung cancer or have to get a hole cut in the middle of our throat. 24. From being forced to secondhand smoke Hydrogen Cyanide (or chamber gas) in cigarettes, will cause plaintiff to suffer a stroke and/or a blood clot, which will cause gangrene to set in, which means plaintiff will have to get his arms and legs amputated. 25. From plaintiff being forced to secondhand smoke the rat poison or arsenic in cigarettes, will destroy plaintiff's kidneys, which will cause a blood disease, which will cause plaintiff to have to go to dialysis for the rest of his life. 26. From being forced to secondhand smoke Formaldehyde (a dead organ preservative) that's also in cigarettes, will cause plaintiff to suffer liver failure. 27. From being forced to secondhand smoke the Pesticide in cigarettes will cause any children plaintiff may have to suffer birth defects. 28. Inspite of defendant Mayor Ginther being aware of the 5 primary effects of smoking cigarettes, and inspite of an educated man like defendant Mayor Ginther being aware of the 10 negative effects of being forced to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals, defendant Mayor Ginther and his City Council continue to allow cigarette smokers to go everywhere in public, and injure plaintiff, by forcing plaintiff (and all other citizens residing in Columbus) to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals---thereby denying the plaintiff his 1st, 4th and 14th Amendment rights, which means defendant Mayor Ginther can be held liable under the Condoned Custom Theory and the Continuing Violation Theory.

# FIRST CLAIM OR CAUSE OF ACTION

Violation of illegal Immigration Law

1.  8 USC  Section  1321  (No illegal landing)
2.  8 USC  Section  1322  (No aiding unhealthy illegals)
3.  8 USC  Section  1323  (No illegal bringing)
4.  8 USC  Section  1324  (No hiring or harboring illegals)
5.  8 USC  Section  1325  (It's a crime to enter US illegally)
6.  8 USC  Section  1326  (No unlawful re-entry)
7.  8 USC  Section  1327  (10 years for aiding & abetting illegals)
8.  8 USC  Section  1328  (No illegal prostitutes)
9.  8 USC  Section  1329  (No aiding unhealthy illegals elude)
10. 8 USC  Section  1357  (ICE can arrest illegals anywhere)
11. 8 USC  Section  1363  (ICE can go undercover to arrest illegals)
12. 8 USC  Section  1373  (No sanctuary cities, counties or states)
13. 8 USC  Section  1251  (All illegals must be deported)
14. 8 USC  Section  1481  (Pledge to aid foreign government lose citizenship)

AGAINST DEFENDANT

Mayor Andrew Ginther

1. As the Court knows, claims brought under the 1st, 4th and 14th Amendments of the U.S.

Constitution require some sort of government action.  2. In Paragraph One of the plaintiff's

Statement of the Facts  (hereafter the SOF)  plaintiff  avers that while acting in his official and

individual capacity, the defendant  (Mayor Andrew Ginther)  had a meeting of the minds with

National Chairman of the Democrat Party Tom Perez, Ohio Senator Sherrod Brown, as well as

with L.A. Mayor Eric Garcetti, N.Y. Mayor Andrew Cuomo, Chicago Mayor Lori Lightfoot, and

various other Democrats to go over the logistics of how to knowingly, purposefully, willfully,

13

and intentionally violate America's righteous illegal immigration laws.  3. After securing the logistics defendant Mayor Ginther arbitrarily & capriciously enacted unlawful rules, regulations, policies, practices, customs, and promulgated procedures that deny plaintiff and all other citizens his, their, our 1st, 4th and 14th Amendment rights.  4. Specifically, as stated in the SOF, by defendant Mayor Ginther deciding to violate the law **8 USC Section 1321** and allowing illegals to illegally land, plaintiff is subjected to unfair job competition.  5. By defendant Mayor Ginther violating the law **8 USC Section 1322** and permitting unhealthy illegals to reside in Columbus, plaintiff is put at risk of contracting life-threatening diseases like tuberculosis and COVID-19. 6. By defendant Mayor Ginther violating the law **8 USC Section 1323** and unlawfully loading up a bus, and bringing illegals to Columbus, it has resulted in plaintiff (and other citizens) being subjected to crime, like when an illegal Mexican Anthony Lopez Perez was brought to Ohio then relocated to California, whereupon he kidnapped, raped, robbed, and murdered a 21 year old single white female named Cory Desmond, and like when the illegal Mexican Pedro Espinoza was brought to Ohio, after which he relocated to California, whereupon he shot and killed a Black American male named Jamil Shaw, and like when the illegal Mexican Christian Echoa was brought to Ohio  (after serving 5 years in a Texas prison for burglary)  Echoa migrated to Brooklyn Iowa, where he kidnapped, raped, robbed, and murdered a 20 year old single white female named Molly Tibbetts.  7. By defendant Mayor Ginther violating  **8 USC Section 1324** plaintiff is denied equal protection, and due process, every time an illegal is hired and given a job over plaintiff, and is harbored and given HUD housing over plaintiff.  8. After being put on notice by President Lincoln at his reinauguration 161 years ago  (back in 1865), when Mexicans illegally cross the border they know they are violating the law **8 USC Section 1325**.  9. By defendant Mayor Ginther violating the law **8 USC Section 1326** and permitting previously

14

deported illegals to unlawfully re-enter the U.S., and migrate to Columbus, plaintiff and all other citizens are again being put at risk of being the victim of crime, like when the 5 times deported illegal Mexican (at the time) named Wahn Francisco Lopez Sanchez was brought back to California a 6th time by a Mexican drug lord mole, plant, spy, agent provocateur, who managed to infiltrate law enforcement and became Sheriff of San Francisco---whereupon the 5 times deported illegal (who has since changed his name) shot and killed Kathryn Steinlee, who was doing absolutely nothing but standing on the southern peninsula peer of the Golden Gate Bridge with her dear old Dad, while trying to have some fun and engage in a bit of California Dreaming, that turned into a California Nightmare because, former President Barack Obama and defendant Mayor Ginther both knowingly, purposefully, willfully intentionally refused to adhere to their oath, and enforce our illegal immigration laws. 10. By defendant Mayor Ginther violating the law **8 USC Section 1327** and aiding & abetting illegals securing unentitled benefits means, defendant Mayor Ginther, and all other officials who knowingly, purposefully, willfully, and intentionally violate our righteous laws are supposed to be imprisoned for ten (10) years.

11. Therefore, like his contemporizes in ancient Egypt, the Marked Master Prosecutor moves the Court to forward this Mau-auh Kir-roo (True of Voice Justified) indictment against defendant Mayor Ginther to the U.S. Attorney's Office for proper adjudication. 12. By defendant Mayor Ginther violating the law **8 USC Section 1328** and permitting illegal Mexican prostitutes to come to Columbus, it has resulted in plaintiff, and other Black males like former Dallas Cowboy Michael Irvin (#88) being falsely accused, and prosecuted on bogus charges of rape. 13. Another problem that arises from illegal Mexican prostitutes entering the U.S. is that, corrupt moles, spies and agent provocateurs like L.A. Deputy Sheriff Hosay Sanchez, will go on secret sex sites known only to Mexicans to procure sexual liaisons with illegal prostitutes or dubious characters

like Sanchez will log onto an illegal cleaning lady website to supposedly hire an cleaning lady.
14. After luring the illegal women to an (unknown to them) abandoned building, Sanchez and
his corrupt cronies will rape the women, and under threat that he and his cronies will have them
deported, Sanchez forces the women into sex-trafficking. 15. By defendant Mayor Ginther
violating the law 8 USC Section 1329 and assisting unhealthy illegals elude detection, then
securing medical treatment for them, results in plaintiff being taxed, and burdened with having to
pay for costly operations that plaintiff and no others should be obligated to pay for. 16. By
defendant Mayor Ginther violating 8 USC Section 1357 and enacting rules, regulations, policies,
practices, customs or promulgated procedures that prevent ICE from entering a detention facility
to arrest an illegal alien, puts the safety of plaintiff and all other citizens at risk. 7. Citizens have
to worry about their safety because, a detention facility is the best place for ICE to effectuate an
arrest, whereas by defendant Mayor Ginter unlawfully impeding ICE from entering a detention
facility, it forces them to have to go to a private residence, a public apartment complex or to an
employer's business to effectuate an arrest, which puts citizens at risk of being taken hostage or
being struck and killed by a stray bullet, stemming from an illegal initiating a shootout with ICE.
18. By defendant Mayor Ginther (and City Council) violating our righteous illegal immigration
law 8 USC Section 1363 and refusing to allow agents to go undercover to apprehend illegals
(running an identity theft ring), enables illegals to continue stealing a citizen's ID in order to
obtain employment, which causes citizens all kinds of problems with the IRS. 19. By defendant
Mayor Ginther and his City Council violating 8 USC Section 1373 and a creating a safe haven
Sanctuary City for illegals, for all of the reasons setforth concerning defendant Mayor Ginther
violating 8 USC Section 1323, 8 USC Section 1326 and 8 USC Section 1363, defendant
Mayor Ginther again puts the lives of plaintiff and all other citizens at risk, by turning Columbus

16

into a safe haven for illegals instead of a safe haven for law abiding citizens.   20. By defendant Mayor Ginther violating the law **8 USC Section 1251**  and refusing to round up all illegals, and feed them bread & water in jail for 30 days---which will send a message that illegals don't have anything to look forward to cutting in line and coming to America illegally---and by defendant Mayor Ginther refusing to fine all illegals the requisite 50 dollars, and then forewith deport them, ends up discriminating against plaintiff, and all other citizens who are obligated to obey the law. 21. Why shouldn't illegals be required to obey the law?  22. Why are the dummy stick smoking Dummycrats so hung up on wanting to give illegal Mexicans preferential treatment?  23. Per pure objective, mathematical, factual & actual, peer reviewed scientific truth, the whole truth, and nothing but, people called Mexicans don't come from anywhere in America or anywhere else in the entire Western Hemisphere.   24. Mexicans are ag, axg, ab3st, afb1b3, (CY) ALDH2, A2 dna Mongols from Siberia, Russia.   25. Mexicans descend from a group of people North of the Baikal river valley called the Buriats. 26. The Orang Asli or the original D1 dna Black Asian (Olmecs) left Kyushu Japan, and became the 1st peaceful settlers of the Yukatan--- before the A2 dna Mexicans invaded, and raped, robbed, murdered, enslaved & stole the land from the Olmecs. 27. The dark reddish brown skinned C1 dna Amurs left N.E. China, migrated to Central Mexico, etched themselves on the Bonampak Murals & left the skull of Penon Woman III to prove they were the original people there.   28. Plaintiff's B-dna kinsmen were the first anatomical modern humans of the entire westcoast of the Western Hemisphere---from the tip of South America up to Alaska, and from California to Texas---and have the oldest human bones of the Pericues of the the Ba Jahooty peninsula, Arlington Springs Man and Woman in California, Spirit Cave Man in Nevada, our B2 dna Black Foot of Arizona  (who have the oldest dna in America)  our Anasazi, Hopi, Zoni, Zuni, Zima, Yuma, Pima, Pueblo, Adobee and Jimmez, who were the original people

17

of the 4 Corner States, and we hav the oldest human bones in Texas of Wilson Leonard Man and

the Horn Shelter people, to prove our people were the original inhabitants of the S.W. until the

Mexicans invaded, and proceeded to rape, rob, murder, enslave, and drive our people out, after

which we migrated to Seattle then to Butte Montana, where Chief Joseph's Nez Pierce Nation

gave us sanctuary, and so, because defendant Mayor Ginther is guilty as charged, under authority

of **8 USC Section 1481** defendant Mayor Ginther is to be stripped of citizenship and deported,

which is why the Marked Master Prosecutor moves the Court to forward this Mau-auh  Kir-roo

(True of Voice / Justified)  indictment against defendant Mayor Ginther to the U.S. Attorney.

## SECOND  CLAIM  OR  CAUSE  OF  ACTION

Violation the U.S. Constitution Prohibiting Abrogation of  the 1st, 4th and 14th Amendments

AGAINST  DEFENDANT

Mayor Andrew Ginther

1. Plaintiff re-alleges all of the averments made in his First Cause of Action and incorporates

them by reference as if fully restated herein.   2. As previously stated, claims brought under the

1st, 4th and 14th Amendments of the U.S. Constitution require some sort of government action.

3. In Paragraph two (2) of the SOF plaintiff asserts that defendant Mayor Ginther has another

discriminatory policy that allows plaintiff to be denied his liberty, privacy and equal treatment.

4. Specifically, the law of the land states cigarette smokers must go outside and go 20 feet from

any entrance to smoke their dope.   5. There's no provision in the event of inclimate weather,

dummystick smokers, foolstick smokers, cancerstick smokers or deathstick smokers can post up

infront an entrance or exit to smoke their dope because, only a *dummy* or only a *fool* would

smoke rat poison, due to the dummystick or foolstick in reality being a cancerstick, from causing

cancer, which means cancersticks in reality are deathsticks because, they cause nothing but death

6. Therefore, the law forbids dummystick smokers, foolstick smokers, cancerstick smokers, deathstick smokers, cigarette smokers or whatever one wishes to call them from posting up within 20 feet of any entrance to do their dope.   7. Moreover, the Surgeon General and the entire medical profession has posted pure objective, mathematical, factual & actual, peer reviewed abstracts, affidavits, brochures, booklets, pamphlets, papers, scientific journals, laboratory tests, scholarly reports, etc certifying that just one whiff of secondhand cigarette smoke is so lethal, it's been known to cause an infant to go into cardiac arrest and die from SIDS,  the majority of the People in the U.S. got together, and agreed that anything that kills 45,000 citizens every year has no place in a civilized society.  8. Yet, all of the anti-smoking signs and TV commercials still has not persuaded cigarette smokers to accord plaintiff, and all other non-cigarette smokers our rights 9. No matter wher plaintiff or any other non-cigarette smoking citizen tries to go downtown---i.e. to the Police Station, to Court, to the Library, the Hospital, a Park or trying to go and watch the Blue Jackets Hockey Team or going to an outdoor event like Red, White & Boom or trying to participate in the annual Veterans Day Parade, defendant Mayor Ginther and his City Council condones cancerstick smokers violating plaintiff's 1st, 4th and 14th Amendment rights, by permitting cancerstick smokers to force plaintiff (and all other citizens) to secondhand smoke their dope, that contains a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 10. Plaintiff does not want to be forced to do dope against his will.  11. Further, as previously stated, pure objective, mathematical, factual & actual, peer reviewed science says cigarette dope is the worst dope.  12. Cigarette smoking kills 45,000 African American Neegroes every year--- stemming from the Neegroes being misled by former President Barack Obama, and wanting to argue instead of listening to the expertise of the Surgeon General.  13. If plaintiff were to have a cigarette smoker stand next to 3 other users---i.e. those who use Opium, Heroin or Weed----then

19

have the users stand infront of the Courthouse and do their dope, the Court will note that the cigarette smoker's secondhand smoke would be the most dangerous dope.   14. All of the other drugs hav healing qualities, which is why when properly used they are called medicine.   15. It is only the abuse of these medicines that causes a health problem.   16. Cigarettes have absolutely no healing qualities.   17. Cigarettes only KILL people.   18. Yet, for dubious reasons the dope that kills 45,000 African American Neegroes every year is legal.   19. Thus, inspite of the fact that defendant Mayor Ginther either knows or should know that secondhand cigarette smoke is detrimental to plaintiff's  (and all other citizen's)  health, defendant Mayor Ginther continues to permit cigarette smokers to force plaintiff  (and all other citizens)  to do dope against his will, and secondhand smoke a cocktail of rat poison and 50 other  CANCER  CAUSING  chemicals. 20. The aforementioned conduct on the part of defendant Mayor Ginther (and his City Counsel), amounts to denying plaintiff his 1st, 4th and 14th Amendment rights.   21. Therefore, the actions of defendant Mayor Ginther and his City Council should be declared Unconstitutional, and the Court has all the grounds it needs to issue a (National) Permanent Injunction prohibiting cigarette smokers from smoking their dope anywhere in public.   22. Cigarette smokers or who are also called dummystick smokers or foolstick smokers or cancerstick smokers or deathstick smokers (whose dope is the deadliest dope)  should no longer be given preferential treatment, by being the only citizens who can do their dope in public.   23. Further, it's hypocritical for America to acknowledge the pure objective, mathematical, factual & actual, peer reviewed scientific data of the Surgeon General, who has certified there is no safe amount of secondhand cigarette smoke, but America continues to permit cigarette smokers to force non-cigarette smokers to ingest 2nd hand cigarette smoke against their will.   24. Therefore, plaintiff moves the Court to discharge its inherent powers, and protect the Constitutional rights of plaintiff, and other American citizens.

# THIRD  CLAIM  OR  CAUSE  OF  ACTION

Condoned  Custom  Theory

AGAINST  DEFENDANT

Mayor Andrew Ginther

1. Plaintiff realleges all of the averments made in Claims 1 and 2 and incorporates them by reference as if fully restated herein.   2. For all the reasons previously setforth in plaintiff's 1st, and 2nd Causes of Action, defendant Mayor Ginther  (and his City Council)  can also be held liable for violating the Condoned Custom Theory.   3. Plaintiff alleges that while acting in his official and individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther knowingly, purposefully, willfully and intentionally joined L.A. Mayor Eric Garcetti and embattled N.Y. Mayor Andrew Cuomo, and decided to violate America's righteous illegal immigration laws.   4. While  acting in his official and individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther and his City Council knowingly, purposefully, willfully and intentionally decided to permit all the members of the Race of Cigarette Smokers to force plaintiff, and all members of the Race of Non-Cigarette Smokers to do dope against our will, by permitting the Race of Cigarette Smokers to go everywhere in public, and force plaintiff, and all of the members of  the Race of  Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other  CANCER  CAUSING  chemicals.   5. The aforementioned means, under the Condoned Custom Theory defendant Mayor Ginther and his City Council can be held liable for the abrogation of plaintiff's 1st, 4th and 14th Amendment rights.

# FOURTH CLAIM OR CAUSE OF ACTION

Continuing Violation Theory

AGAINST DEFENDANT

Mayor Andrew Ginther

1. Plaintiff realleges all of the averments made in Claims 1, 2 and 3, and incorporates them by reference as if fully restated herein.   2. For all of the reasons setforth in plaintiff's 1st, 2nd and 3rd Causes of Action, defendant Mayor Ginther  (and his City Council)  can also be held liable for violating the Continuing Violation Theory.   3. Plaintiff alleges that while acting in his official & individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther knowingly, purposefully, willfully and intentionally joined L.A. Mayor Eric Garcetti and embattled N.Y. Mayor Andrew Cuomo to violate all of America's righteous illegal immigration laws.   4. Additionally, while acting in his official and individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther knowingly, purposefully, willfully, and intentionally decided to permit all those who are members of the Race of Cigarette Smokers to force plaintiff, and all members of the Race of Non-Cigarette Smokers to do dope against our will, by permitting all those of the Race of Cigarette Smokers to smoke in public, and force plaintiff, and all members of the Race of Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals.   5. As stated, the Surgeon General has certified there is no safe amount of secondhand cigarette smoke.   6. One whiff of second hand cigarette smoke has been known to cause an infant to go into cardiac arrest, and die from a sudden case of SIDS. 7. Therefore, under the Continuing Violation Theory defendant Mayor Ginther can be held liable for the abrogation of plaintiff's 1st, 4th and 14th Amendment rights.

## FIFTH CLAIM OR CAUSE OF ACTION

Violation of Title 42 U.S.C. Section 1981

AGAINST DEFENDANT

Mayor Andrew Ginther

1. Plaintiff re-alleges all of the averments made in Claims 1, 2, 3 and 4, and incorporates them by reference as if fully restated herein.  2. In addition to the many Congregations, Associations, Federations, Unions or Organizations people align themselves with, plaintiff and most of the world's population are non-cigarette smokers.  3. So, just like the R1b tyrosine(-) U5 & H dna Caucasians consider themselves to be from the White Race, plaintiff's legal theory is that he is from the Race of all Non-Cigarette Smokers.  4. Accordingly, when defendant Mayor Ginther permits the (21%) Race of Cigarette Smokers to force plaintiff and all others from the (79%) Race of Non-Cigarette Smokers to do their dope, by forcing the Race of Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals, defendant Mayor Ginther and (his City Council) are in violation of Title 42 USC Section 1981. 5. The statute states ALL citizens must be treated equally as all white persons.  6. Because rich white citizens have the financial resources to live far away from the inner-city cigarette smoking African American Neegroes, rich whites don't have to worry about being forced to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 7. But because plaintiff is poor, he has to live where the cigarette smoking African American Neegroes live. 8. Thus, after a cigarette smoking African American Neegro takes a hit off of his dummystick, and unleashes a cocktail of rat poison and 50 other CANCER CAUSING chemicals into the air, and forces plaintiff to secondhand smoke his dope, means plaintiff is not being treated equally as white persons who don't live around cigarette smoking African American Neegroes.  9. Thus, defendnant Mayor Ginther can be held liable for the disparate treatment within the inner-city.

# SIXTH CLAIM OR CAUSE OF ACTION

Violation of Title 42 USC Section 1985 (1) and (2)

AGAINST DEFENDANT

Mayor Andrew Ginther

1. Plaintiff realleges all the averments made in Claims 1, 2, 3, 4 and 5, and incorporates them by reference as if fully restated herein. 2. For all the reasons setforth in plaintiff's 1st, 2nd, 3rd, 4th and 5th Causes of Action, defendant Mayor Ginther (and his City Council) can also be held liable for violating Title 42 USC Section 1985 (1) and (2). 3. Plaintiff alleges that while acting in his official and individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther knowingly, purposefully, willfully and intentionally permits members of the Race of Cigarette Smokers to force plaintiff, and all members of the Race of Non-Cigarette Smokers to do dope against our will, by permitting the Race of Cigarette Smokers to go everywhere in public, and do their dope, and force plaintiff, and all members of the Race of Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 4. The actions of defendant Mayor Ginther and his City council violates Title 42 USC Section 1985. 5. When defendant Mayor Ginther and his City Council permits the (21%) Race of Cigarette Smokers to force plaintiff, and all members of the (79%) Race of Non-Cigarette Smokers to do the Cigarette Smoker's dope, by forcing plaintiff, and all members of the Race of Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals, certifies that plaintiff continues to suffer injury. 6. Plaintiff is being deprived of his 1st, 4th and 14th Amendment rights, as well as his statutory Title 42 U.S.C. Section 1985 (1) and (2) rights. 7. Specifically, plaintiff has properly alleged that:

(A) Two or more people had a meeting of the minds  (*defendant Mayor Ginther & City Council*) and forged an agreement, plot, scheme or conspiracy  (*permitting cigarette smoking in public*)

(B) Two or more people  (*defendant Mayor Ginther and his City Council*)  directly or indirectly deprived a person  (*plaintiff*)  or class of persons  (*non-cigarette smokers*)  of equal protection  (*the right to be free from being forced to secondhand smoke a cigarette smoker's dope while in public*)

(C) Two or more people  (*defendant Mayor Ginther and his City Council*)  committed an act in furtherance of  an agreement, plot, scheme, or conspiracy  (*allowing cigarette smoking in public*)

(D) Two or more people  (*defendant Mayor Ginther and his City Council*)  caused an injury to a person  (*plaintiff and all other citizens*)  or their property  (*plaintiff's and all other citizen's health*)

(E) Two or more people  (*defendant Mayor Ginther and his City Council*)  deprived a citizen of any right  (*the right to be free from being forced to secondhand smoke rat poison*)  or privilege  (*the right to participate in Red, White & Boom without being forced to secondhand smoke rat poison*).

8. Simply put, plaintiff has properly alleged:

(A) Specific conduct that violated his rights  (*being forced to secondhand smoke rat poison*)
(B) The time  (*24/7*)  and place of the misconduct  (*everywhere downtown & throughout the City*)
(C) Listed all persons who violated plaintiff's rights  (*all cigarette smoking City employees*).

9. Accordingly, plaintiff has established a valid claim under Title 42 USC Section 1985 (1) & (2) and asks the court to allow this suit to proceed.

## SEVENTH CLAIM OR CAUSE OF ACTION

Failure To Perform A Required Duty

AGAINST DEFENDANT

Mayor Andrew Ginther

1. Plaintiff realleges all of the averments made in Claims 1, 2, 3, 4, 5 and 6, and incorporates them by reference as if fully restated herein.   2. For all of the reasons listed in plaintiff's 1st, 2nd, 3rd, 4th, 5th and 6th Causes of Action, defendant Mayor Ginther and his City Council can be held liable for failing to perform a required duty.   3. Specifically, while acting in his official and individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther knowingly, purposefully, willfully and intentionally joined L.A. Mayor Eric Garcetti and N.Y. Mayor Andrew Cuomo, and violated America's righteous illegal immigration laws.   4. Then, while acting in his official & individual capacity pursuant to an unwritten rule, regulation, policy, practice, custom or promulgated procedure, defendant Mayor Ginther  (and his City Council)  knowingly, purposefully, willfully and intentionally permits all those who are members of the Race of Cigarette Smokers to force plaintiff, and all members of the Race of Non-Cigarette Smokers to do dope against our will, by permitting those who are members of the Race of Cigarette Smokers to go everywhere in public, and force plaintiff, and all members of the Race of  Non-Cigarette Smokers to secondhand smoke a cocktail of rat poison and 50 other  CANCER  CAUSING  chemicals, which causes plaintiff, and all members of  the Race of  Non-Cigarette Smokers to suffer life threatening health problems.   5. Thus, defendant Mayor Ginther and his City Council can be held liable for failing to abide by the S.Ct's ruling in Monell v Department of Social Services.   6. It states government agencies must abide by promulgated procedures  (the law of the land)  and entities must perform their required duties  (protect & serve).   7.  Defendant Mayor Ginther violated it.

26

# JUDICIAL  NOTICE

1. The court should also take judicial notice of the fact that, cigarette butts are now the number 1 litter item around the world, which means, when it rains the 50 cancer causing chemicals in the butt seeps out & contaminates the soil.  2. The different elevations of the ground causes ponding. 3. The ensuing winds lead to the formation of brooks, that turn into streams of toxic chemicals finding their way into a sewer, which finds its way to a river, and ultimately to the ocean, where the toxic mess evaporates and becomes a black cloud, that produces black rain, which destroys the environment.  4. Further, the pure objective, mathematical, factual & actual, peer reviewed scientific data of the Surgeon General also says, 54,000 non-cigarette smokers die every year from contracting secondhand smoking lung cancer.  5. That's because, in addition to being forced to ingest secondhand cigarette smoke, the deadly secondhand cigarette smoke also seeps into a plaintiff's food, rendering it inedible.  6. Plaintiff's clothes are also infected with the stench of cigarette smoke.  7. From being forced to breathe and eat a cocktail rat poison and 50 other CANCER  CAUSING  chemicals everyday, it's no wonder why 54,000 American citizens die each year from being are denied the right to be free from being forced to secondhand smoke. 8. The Court should also note that if plaintiff were to walk down the street drinking a bottle of champagne, beer, wine or liquor, defendant Mayor Ginther would have his police officers cite plaintiff for drinking in public, even though plaintiff's beer, wine or liquor doesn't affect anyone else---but defendant Mayor Ginther would not have one of his officers cite a citizen for smoking a dummystick in public, even though their secondhand smoke violates the perpendicular, attacks other citizens, and negatively affects their health.  9. The previous means, the forked-tongued hypocrisy should not be allowed to continue.   10. It's time for a bold new direction in order to save humanity from self-destruction.  11. If the Court does not agree, and permits cigarette

smokers to continue forcing society to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals, the health of all humans will continue to deteriorate, until humanity no longer exits. 12. Like all other empires that rose and fell before it, America became so powerful it couldn't be defeated from without. 13. But because of lack of ethics, America continued to try and serve two masters. 14. So America continued to permit cigarette smokers to be given preferential treatment, and permitted them to continue forcing everyone else to secondhand smoke a cocktail of rat poison and 50 other CANCER CAUSING chemicals. 15. Thus, America kept rotting from within, until it destroyed itself. 16. Because plaintiff does not want to see that happen, he is doing his part by bringing this righteous cause of action. 17. And so, with the utmost urgency plaintiff moves the Court to *stare decisis* and agree with all of the other Courts who have already dealt with this issue. 18. Plaintiff moves the Court to rule that if tenants live in a housing similar to a Convalesce Center or a Senior Citizen Center, it is Unconstitutional for a landlord to deny non-cigarette smoking citizens their 1st, 4th and 14th Amendment rights, and allow cigarette smokers to move in, and force all non-cigarette smoking tenants to secondhand smoke. 19. The Court can also take credit for saving billions of dollars in lost revenue. 20. Employers will no longer have to use a not as efficient (temporary) worker to take the place of a (more efficient) regular employee, who had to miss work due to falling ill from being forced to secondhand smoke cigarettes, and had to go to the Hospital for treatment. 21. Thus, it's a win-win situation for all parties involved. 22. Accordingly, the Court is asked to grant all of the requested relief in the Complaint, so society can then get back to the days of light hearts, keen moments, and peace of mind.

# RELIEF

Wherefore, Plaintiff makes a jury demand, and moves the Court to grant Judgment in the form of:

1. Grant Declaratory relief in the form of *declare* the actions of all the defendants are Unconstitutional.

2. Grant Declaratory relief in the form of *declare* that illegal immigration is unlawful.

3. Grant Declaratory relief in the form of declare all cities, counties, and states that have enacted policies, practices, customs or promulgated procedures that profess their city, county and state to be a safe haven sanctuary city, county or state for illegal aliens are invalid.

4. Grant Declaratory relief in the form of *declare* that all government officials or any private citizen who aids and abets illegal immigration are to be arrested, prosecuted, and incarcerated.

5. Grant Declaratory relief in the form of *declare* that all illegal immigrants are to be detected, rooted out, rounded up, and removed from Columbus, Ohio and all other cities, counties, and states of America.

6. Grant Declaratory relief in the form of *declare* that any rule, regulation, policy, practice, custom or promulgated procedure prohibiting ICE from entering a detention facility to apprehend illegal aliens are invalid.

7. Grant Declaratory relief in the form of *declare* that because of the imminent threat they pose to the health and well being of all citizens, it is illegal to buy, sell or use cigarettes or all violators will suffer the penalty of being fined $1,000 dollars and/or at the desertion of a Judge will be incarcerated for 180 days.

8. Grant Declaratory relief in the form of *declare* that there is to be no smoking in public of anything, in Columbus, Ohio or in any other City in the United States of America.

9. Grant Injunctive relief in the form of *enjoin* all defendants from engaging in their unlawful behavior.

10. Grant Injunctive relief in the form of *enjoin* all government officials from allowing illegal immigration to occur at the southern border or anywhere else in the United States of America.

11. Grant Injunctive relief in the form of *enjoin* defendant Mayor Ginther, and all other government officials in America, from maintaining policies, practices, customs or promulgated procedures that make their city, county or state a safe haven sanctuary city, county or state for illegal aliens.

12. Grant Injunctive relief in the form of *enjoin* defendant Mayor Ginther, and all other government officials in America from aiding and abetting illegal immigration.

13. Grant Injunctive relief in the form of issue an ORDER that states, any government officials who violate the Court's ORDER are to be arrested, prosecuted, and incarcerated.

14. Grant Injunctive relief in the form of issue an ORDER that states, any public or private citizens in any public or private entity that violates the Court's ORDER are to be arrested, prosecuted, and incarcerated

15. Grant Injunctive relief in the form of issue an ORDER that states, all illegal immigrants are to be detected, rooted out, rounded up, and removed from Columbus, Ohio and from all other cities, counties, and states of America.

16. Grant Injunctive relief in the form of *enjoin* any rule, regulation, policy, practice or promulgated procedure that prohibits ICE from entering a detention facility to apprehend illegal aliens.

17. Grant Injunctive relief in the form of *enjoin* smoking cigarettes in public or smoking weed in public or vaping or smoking anything else in public in Columbus, Ohio or in any other City in the United States.

18. Grant Injunctive relief in the form of *enjoin* the public or private buying, selling or use of cigarettes.

19. Grant Injunctive relief in the form of issue an ORDER that states, because of the imminent threat to the health and well-being of all citizens, anyone caught buying, selling or using cigarettes shall suffer the penalty of being fined $1,000 dollars or at the discretion of a Judge will be incarcerated for 180 days.

20. Grant Injunctive relief in the form of appoint a Special Master to oversee a Consent Decree that will ensure that all of the defendants will abide by the Court's ruling.

21. Grant Compensatory relief in the form of award plaintiff 500,000 dollars in compensatory damages. from the City of Columbus (Defendant Mayor Ginther) for official capacity violation of plaintiff's rights.

22. Grant Compensatory relief in the form of award plaintiff $50,000 dollars in compensatory damages from the City of Columbus (defendant Mayor Ginther) for his individual violation of plaintiff's rights.

23. Grant Punitive relief in the form of award plaintiff 1 Million dollars in punitive damages from the City of Columbus (Mayor Ginther) for the official capacity violation of plaintiff's rights.

24. Tax all costs to the defendants.

25. Grant any and all other relief the Court deems appropriate.

Respectfully submitted,


*S/I*   Sai-E Johari   360 *
409 ½ Saint Clair Avenue
Columbus, Ohio 43203
TrueLightWarrior@yahoo.com