UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SAI-E JOHARI,

      **Plaintiff,**

  v.                         Case No. 2:21-cv-4362
                             JUDGE EDMUND A. SARGUS, JR.
CITY OF COLUMBUS, *et al.*,     Magistrate Judge Chelsey M. Vascura

      **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge (the "Report"). (ECF No. 4.) The time for filing objections has passed, and no objections to the Report have been filed. Accordingly, the Court **ADOPTS** the Report. (*Id.*) For the reasons set forth therein, the Court **DISMISSES** Plaintiff's claims pursuant 28 U.S.C. § 1915(e) and Federal Rule of Procedure 12(h)(3). (*Id.*) Likewise, in light of Plaintiff's litigation history,[1] and for the reasons stated in the Report, the Court **DEEMS** Plaintiff a vexatious litigator. Plaintiff is hereby enjoined from filing any new actions without either (1) submitting a certification from an attorney who is licensed to practice this Court or the State of Ohio stating that there is a good-faith basis for the claims Plaintiff seeks to assert; or (2) tendering a proposed complaint for review by this Court prior to the actual filing of the complaint in the Court's docketing system. Should Plaintiff file a complaint in this Court, or any other court, he is required to include the captions and case numbers of all of his prior actions.

---

[1] Specifically, the Magistrate Judge noted that "[t]his action appears to be the ninth lawsuit Plaintiff has commenced in this district (as well as the fourteenth lawsuit Plaintiff has commenced across the country) and the seventh recommended dismissal of his claims as frivolous pursuant to § 1915(e)." (ECF No. 4 at PageID #108.)

This case is to be closed on the docket of this Court.

**IT IS SO ORDERED.**

**3/29/2022**　　　　　　　　　　　　　　　　　　　　　　　　s/Edmund A. Sargus, Jr.
**DATE**　　　　　　　　　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**